IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NEXTERA ENERGY CAPITAL HOLDINGS, INC., NEXTERA ENERGY TRANSMISSION, LLC, NEXTERA ENERGY TRANSMISSION MIDWEST, LLC, and NEXTERA ENERGY TRANSMISSION SOUTHWEST, LLC, <br>    Plaintiffs, <br><br>v. <br><br>KEN PAXTON, Attorney General of the State of Texas, DEANN T. WALKER, Chairman, Public Utility Commission of Texas, ARTHUR C. D'ANDREA, Commissioner, Public Utility Commission of Texas, AND SHELLY BOTKIN, Commissioner, each in his or her official capacity, <br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:19-cv-00626 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs NextEra Energy Capital Holdings, Inc., NextEra Energy Transmission, LLC, NextEra Energy Transmission Midwest, LLC, and NextEra Energy Transmission Southwest, LLL ("Plaintiffs") and their counsel hereby give notice that the claims against Defendant Ken Paxton in his official capacity as Attorney General of the State of Texas in the above-captioned action are hereby voluntarily dismissed without prejudice.  Plaintiffs respectfully request that the caption of the case be changed to reflect this dismissal by removing Ken Paxton as a named Defendant.

Respectfully submitted,

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
TILLOTSON LAW
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 | FAX (214) 292-6564
jtillotson@tillotsonlaw.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, a true and correct copy of the foregoing document was was served via ECF on all counsel of record who have accepted ECF filing and via first-class to the following non-CM/ECF participants:

George Hoyt
Entergy Services, LLC
919 Congress Ave., Suite 701
Austin, TX 78701

Jason Perkins
Jenner & Block LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001

Mark A. Walker
Xcel Energy Services Inc.
816 Congress Avenue, Suite 1650
Austin, TX 78701

Matthew E. Price
Jenner & Block LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001

Max Minzner
Jenner & Block LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001

Miguel Suazo
Senior Counsel, Entergy Services, LLC
919 Congress Ave., Suite 701
Austin, TX 78701

Tassity Johnson
Jenner & Block LLP
1099 New York Ave Nw, Suite 900
Washington, DC 20001

Wajiha Rizvi
Entergy Services, LLC
919 Congress Ave., Suite 701
Austin, TX 78701

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson