IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NEXTERA ENERGY CAPITAL HOLDINGS, INC., NEXTERA ENERGY TRANSMISSION, LLC, NEXTERA ENERGY TRANSMISSION MIDWEST, LLC, and NEXTERA ENERGY TRANSMISSION SOUTHWEST, LLC,<br>　　　Plaintiffs,<br><br>v.<br><br>DEANN T. WALKER, Chairman, Public Utility Commission of Texas, ARTHUR C. D'ANDREA, Commissioner, Public Utility Commission of Texas, AND SHELLY BOTKIN, Commissioner, each in his or her official capacity,<br>　　　Defendants. | CIVIL ACTION NO. 1:19-cv-00626 |

## ORDER OF DISMISSAL

Based upon the Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(i)(A)(i) filed by Plaintiffs [Dkt. 78],

It is ORDERED that the claims against Defendant Ken Paxton, in his official capacity as Attorney General of the State of Texas, are DISMISSED WITHOUT PREJUDICE. The caption shall be changed to remove Ken Paxton as a named Defendant, as reflected above.

SIGNED this _____ day of August, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE LEE YEAKEL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE