# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| NEXTERA ENERGY CAPITAL HOLDINGS, INC., et al., <br> *Plaintiffs*, <br><br> v. <br><br> DEANN T. WALKER, Chairman, Public Utility Commission of Texas et al., <br> *Defendants*. | § § § § § § § § § § | CIVIL ACTION NO. 1:19-cv-00626 |

## STATEMENT IN OPPOSITION OF THE MOTION OF THE UNITED STATES TO PARTICIPATE IN THE DECEMBER 4 HEARING

The State Official Defendants ("Texas") oppose the United States' Motion to Participate in the December 4 Hearing. In its Motion, the Department of Justice makes no claim that it has any additional or unique information to present to the court in its requested five minutes. *See generally* Opposed Motion of the United States to Participate in the December 4 Hearing. The arguments it presents in its Statement of Interest are duplicative of what has been advanced by Plaintiffs in their briefing, and there is nothing to indicate that the Department of Justice will offer anything useful to the Court in the short time it requested. Additionally, Texas reiterates the concerns outlined in its Conditional Motion for Extension of Time that the Department of Justice appears to be seeking to participate as an intervenor would —by responding to motions and

presenting argument at hearings on motions—when this Court has expressly stated that it will wait until after hearing the Motion to Dismiss to rule on interventions.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    DARREN L. MCCARTY
    Deputy Attorney General for Civil Litigation

    PRISCILLA HUBENAK
    Chief for Environmental Protection Division

    */s/ John R. Hulme*
    JOHN R. HULME
    Texas Bar No. 10258400
    Attorney-in-Charge
    Assistant Attorney General
    john.hulme@oag.texas.gov

    H. CARL MYERS
    Texas Bar No. 24046502
    Assistant Attorney General
    carl.myers@oag.texas.gov

    JESSICA SOOS
    Texas Bar No. 24093183
    Assistant Attorney General
    jessica.soos@oag.texas.gov

Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4229 | FAX: (512) 320-0911

*COUNSEL FOR DEFENDANTS*

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

      I hereby certify that on November 22, 2019, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record and via email to the following individuals who have provided their written consent in accordance with FRCP 5(b)(2)(E) to receive service by electronic means:

Mark A. Walker
X<small>CEL</small> E<small>NERGY</small> S<small>ERVICES</small>, I<small>NC.</small>
816 Congress Avenue, Suite 1650
Austin, Texas 78701
mark.a.walker@xcelenergy.com

Winston Patrick Michael Skinner
V<small>INSON</small> & E<small>LKINS</small>, LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
wskinner@velaw.com

Jacob Lawler
HOLLAND & KNIGHT
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
jacob.lawler@hklaw.com

                                          */s/ John R. Hulme*
                                          JOHN R. HULME
                                          Assistant Attorney General