IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 DEC -2  PM 3:53

| | |
|---|---|
| NEXTERA ENERGY CAPITAL HOLDINGS, INC., NEXTERA ENERGY TRANSMISSION, LLC, NEXTERA ENERGY TRANSMISSION MIDWEST, LLC, LONE STAR TRANSMISSION, LLC, AND NEXTERA ENERGY TRANSMISSION SOUTHWEST, LLC, §§§§§§§§ PLAINTIFFS, § § V. § § DEANN T. WALKER, CHAIRMAN, PUBLIC UTILITY COMMISSION OF TEXAS; ARTHUR C. D'ANDREA, COMMISSIONER, PUBLIC UTILITY COMMISSION OF TEXAS; AND SHELLY BOTKIN, COMMISSIONER, EACH IN HIS OR HER OFFICIAL CAPACITY, §§§§§§§§§ DEFENDANTS. § | CAUSE NO. 1:19-CV-626-LY |

## ORDER

Before the court are the Opposed Motion of the United States to Participate in the December 4 Hearing filed November 15, 2019 (Doc. #125) and Statement in Opposition of the Motion of the United States to Participate in the December 4 Hearing filed November 22, 2019 (Doc. #129). Having considered the motion and the response, the court is of the opinion that it should be denied. The court has before it the Statement of Interest of the United States of America filed September 20, 2019 (Doc. #110) and the summary of the United States' argument as provided in its motion to participate in the December 4 (Doc. #125). Therefore, the court finds that the United States' participation in the December 4 hearing will not be useful to the court.

**IT IS ORDERED** that the Opposed Motion of the United States to Participate in the December 4 Hearing filed November 15, 2019 (Doc. #125) is **DENIED**.

SIGNED this \_\_\_2nd\_\_\_ day of December, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE