**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| NEXTERA ENERGY CAPITAL HOLDINGS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:19-cv-00626-DII |
| v. | ) ) | Hon. Robert Pitman |
| DEANN T. WALKER, in her official capacity as Commissioner, Public Utility Commission of Texas, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING**
**SOUTHWESTERN PUBLIC SERVICE COMPANY'S**
**MOTION FOR RECONSIDERATION**

This matter is currently before this Court on the motion of Southwestern Public Service Company ("SPS") to reconsider the Court's order granting its motion to intervene as a defendant in the above-captioned case.  ECF No. 172.  The motion is GRANTED and the Court's order granting SPS's motion to intervene is VACATED.  SPS's motion to intervene shall be held in abeyance until after Plaintiffs' amended complaint is filed.

Dated: _____, 2024

_____
Hon. Judge Robert Pitman