IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NEXTERA ENERGY CAPITAL HOLDINGS, INC., et al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:19-CV-626-DII |
| KATHLEEN JACKSON, *in her official capacity as Commissioner of the Public Utility Commission of Texas*, et al., | § § § § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

On this date, the Court issued an order denying Defendant-Intervenors Southwestern Public Service Company and Entergy Texas, Inc.'s motion for judgment on the pleadings, (Dkt. 225), and granting Plaintiff NextEra's[1] motion for judgment on the pleadings, (Dkt. 212).[2] Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of NextEra and Plaintiff-Intervenors LSP Transmission Holdings II, LLC and East Texas Electric Cooperative, Inc.

**IT IS FURTHER ORDERED** that the Court enters the following declaration:

> Utilities Code § 37.051, § 37.056, § 37.057, § 37.151, and § 37.154 are unconstitutional because they violate the dormant Commerce Clause and are therefore invalid and unenforceable, to the extent they grant in-state transmission owners the exclusive right to build or acquire transmission lines in the non-ERCOT regions of Texas.

---

[1] Plaintiffs NextEra Energy Capital Holdings, Inc., NextEra Energy Transmission, LLC, NextEra Energy Transmission Midwest, LLC, Lone Star Transmission, LLC, and NextEra Transmission Southwest, LLC (collectively, "NextEra").

[2] Plaintiff-Intervenors LSP Transmission Holdings II, LLC's and East Texas Electric Cooperative, Inc. joined NextEra's motion for judgment on the pleadings. (*See* Dkt. 220, at 3).

**IT IS FINALLY ORDERED** that the Court enters the following permanent injunction:

> Defendants are enjoined from enforcing the unconstitutional provisions of Utilities Code § 37.051, § 37.056, § 37.057, § 37.151 and § 37.154 in the non-ERCOT regions of Texas.

The Court retains jurisdiction to enforce its permanent injunction. This case is now **CLOSED.**

**SIGNED** on October 28, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE